IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**TIMOTHY W. LARUE,**

    Plaintiff,

v.                           CIVIL ACTION NO. 1:07-00805

**UNUM LIFE INSURANCE
COMPANY OF AMERICA, et al.,**

    Defendants.

## JUDGMENT ORDER

For the reasons set forth in a Memorandum Opinion filed contemporaneously with this Final Judgment Order, the court hereby **GRANTS** defendants' motion for summary judgment (Doc. No. 17), **DENIES** plaintiff's motion for summary judgment (Doc. No. 19), and **DIRECTS** the Clerk to dismiss this matter from the active docket of the court.

The Clerk is further directed to mail a certified copy of this Judgment Order to all counsel of record.

It is **SO ORDERED** this 23rd day of September, 2008.

                                          ENTER:

                                          David A. Faber
                                          United States District Judge